IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET MEDIA INTERACTIVE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>QUANTUMDIGITAL, INC.,<br><br>　　　　　　　Defendant. | Civil Action No.:<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Internet Media Interactive Corporation ("IMIC") makes the following claims for relief against Defendant QuantumDigital, Inc. ("QuantumDigital") as follows:

### NATURE OF LAWSUIT

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code § 1 et seq. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

### PARTIES AND PATENT

2. Plaintiff IMIC is a Delaware corporation with its principal place of business at 625 Barksdale Professional Center, Suite 113, Newark, Delaware 19711.

3. IMIC owns and has all right, title and interest in United States Patent No. 6,049,835 ("the '835 Patent"), entitled "System For Providing Easy Access To The World Wide Web Utilizing A Published List Of Preselected Internet Locations Together With Their Unique Multi-Digit Jump Codes," which issued on April 11, 2000. Hence, IMIC has the exclusive right to license and enforce the '835 Patent and to collect damages for infringement. IMIC, thus, has standing to sue for infringement of the '835 Patent. A copy of the '835 Patent is attached as

Exhibit A. The '835 Patent is generally directed to a system and method for quickly and easily accessing preselected desired addresses or URLs on the Internet.

4.	QuantumDigital is a Texas corporation having its principal place of business at 8702 Cross Park Drive, Austin, Texas 78754. QuantumDigital owns, provides and operates the website [www.learnmorenow.com](www.learnmorenow.com) and also distributes advertisements instructing recipients to enter a code on its website.

## JURISDICTION AND VENUE

5.	IMIC's claim for patent infringement against QuantumDigital arises under the patent laws of the United States including 35 U.S.C. §§271 and 281. Consequently, this Court has original subject matter jurisdiction over this suit pursuant to 28 U.S.C. §§1331 and 1338.

6.	QuantumDigital is subject to the specific personal jurisdiction of the Court because, among other things, it has committed acts within Delaware and this judicial district giving rise to this action, and it has minimum contacts with the forum such that the exercise of jurisdiction over the Defendant would not offend traditional notions of fair play and substantial justice, as shown by, for example, creating advertisements for real estate located within Delaware and directing advertisements at residents of Delaware. Additionally, QuantumDigital advertises that it provides nationwide service.

7.	Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b).

## DEFENDANT'S ACTS OF PATENT INFRINGEMENT

8.	QuantumDigital publishes ads with an assigned code, referred to as a "unique response code."

9.	The "unique response code" published by QuantumDigital is a unique predetermined multi-digit jump code.

10. Users, including users in Delaware, access QuantumDigital's website with an ordinary web browser.

11. QuantumDigital publishes its ads as a compilation of preselected Internet locations.

12. QuantumDigital's preselected Internet locations have a "unique response code" assigned to it.

13. QuantumDigital's website contains a text box for entering the unique response code to automatically access a separate internet location.

14. QuantumDigital converts the entered unique response code to a URL address corresponding to a desired preselected Internet location.

15. In some instances, QuantumDigital converts the unique response code to a URL corresponding to ads hosted at a separate internet location, such as www.teamregencyhomes.com, containing associated information about said ad.

16. Therefore, users of QuantumDigital's website need only enter a desired unique response code to access a desired preselected Internet location without having to enter a corresponding URL address.

17. The separate internet location www.teamregencyhomes.com is an internet location that is owned by a third party.

18. QuantumDigital is now and has been directly infringing at least Claim 1 of the '835 Patent within the meaning of 35 U.S.C. § 271(a) by making and using this infringing unique response code feature on its website.

19. Moreover, QuantumDigital has knowingly induced its customers to infringe the '835 Patent within the meaning of 35 U.S.C. § 271(b). QuantumDigital has had knowledge of the '835 Patent at least as of the filing date of this Complaint.

20. QuantumDigital's acts of inducement including publishing a "unique response code" and encouraging its users to enter the "unique response code" on QuantumDigital's website.

21. Such infringing activities have damaged IMIC, and specifically have damaged IMIC in the State of Delaware, because IMIC is a Delaware entity. IMIC is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

22. QuantumDigital's infringement has injured and will continue to injure IMIC, unless and until this Court enters an injunction prohibiting further infringement of the '835 Patent.

## PRAYER FOR RELIEF

WHEREFORE, IMIC asks this Court to enter judgment against QuantumDigital and against QuantumDigital's subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate IMIC for the infringement that has occurred, together with prejudgment interest from the date infringement of the '835 Patent began;

B. An award to IMIC of all remedies available under 35 U.S.C. § 284;

C. An award to IMIC of all remedies available under 35 U.S.C. § 285;

D.  A permanent injunction under 35 U.S.C. § 283 prohibiting further infringement, inducement and contributory infringement of the '835 Patent; and

E.  Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

IMIC demands a trial by jury on all issues so triable.

Dated: May 8, 2013                                                       Respectfully submitted,

*Of Counsel:*                                                            */s/ George Pazuniak*
Timothy J. Haller                                                        George Pazuniak (DE Bar No. 00478)
Oliver D. Yang                                                           O'KELLY ERNST & BIELLI, LLC
Ashley E. LaValley                                                       901 North Market Street, Suite 1000
NIRO, HALLER & NIRO                                                      Wilmington, DE 19801
181 West Madison Street, Suite 4600                                      Phone: (302) 478-4230
Chicago, IL 60602                                                        Fax: (302) 295-2873
Phone: (312) 236-0733                                                    gp@del-iplaw.com
Fax: (312) 236-3137
haller@nshn.com
oyang@nshn.com
alavalley@nshn.com

*Attorneys for Plaintiff,*
*Internet Media Interactive Corporation*